UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

JAN KAPLOWITZ                                              JURY TRIAL DEMANDED

v.                                                                    CASE NO. 3:06CV

MANN BRACKEN, LLC
RJM ACQUISITIONS LLC

COMPLAINT

1. Plaintiff seeks relief pursuant to the Fair Debt Collection Practices Act ("FDCPA"), 15 U.S.C. § 1692; the Consumer Collection Agency Act, Conn. Gen. Stat. § 36a-800 and regulations issued thereunder; or the Creditors Collection Practices Act, Conn. Gen. Stat. § 36a 645; and the Connecticut Unfair Trade Practices Act ("CUTPA"), Conn. Gen. Stat. § 42-110a.

2. The Court has jurisdiction. 15 U.S.C. § 1692k; 28 U.S.C. §1331, § 1367.

3. Plaintiff is a natural person who resides in Connecticut and a consumer within the FDCPA.

4. Each Defendant is a debt collector within the FDCPA.

FIRST COUNT

5. In and after September, 2005, the defendant Mann Bracken communicated with plaintiff in connection with collection efforts with regard to a successor in interest to his personal account with MBNA.

6. Plaintiff sent a letter to defendant requesting verification.

7. In April, 2006, Defendant Mann Bracken continued its collection efforts without providing verification.

8. In the collection efforts, defendant violated the FDCPA, *inter alia*, § 1692e, –f, or –g.

Second Count

9. In or before September, 2005, the defendant RJM communicated with plaintiff in connection with collection efforts on a personal account which it claimed to own originating with MBNA.

10. Plaintiff sent a letter to RJM requesting verification.

11. In September 2005 and April 2006, defendant RJM continued its collection efforts without providing verification.

12. In the collection efforts, defendant violated the FDCPA, inter alia, §1692e, -f, or g.

Third Count.

13. The allegations of the First and Second Count are repeated and realleged.

14. Each Defendant engaged in acts and practices as to plaintiff in violation of the Consumer Collection Agency Act, C.G.S. § 36a-800 *et seq.* or the Creditors Collection Practices Act.

15. Each Defendant has thereby committed unfair or deceptive acts or practices within the meaning of the Unfair Trade Practices Act, Conn. Gen. Stat. § 42-110a *et seq.*

WHEREFORE plaintiff respectfully requests this Court to:

1. Award plaintiff such damages as are permitted by law, both compensatory and punitive, including $1,000 statutory damages for each communication;

2. Award the plaintiff costs of suit and a reasonable attorney's fee;

3. Award declaratory and injunctive relief, and such other and further relief as law or equity may provide.

THE PLAINTIFF

BY____/s/ Joanne S. Faulkner___
JOANNE S. FAULKNER ct04137
123 Avon Street
NEW HAVEN, CT 06511-2422
(203) 772-0395
 j.faulkner@snet.net